**Order entered December 14, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00610-CR
## No. 05-16-00611-CR

**JITENDER SINGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-81690-2014 & 219-82997-2014**

## ORDER

Before the Court is appellant's December 9, 2016 unopposed motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed January 16, 2017.

/s/      LANA MYERS
         JUSTICE